DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANDREW DAPHNIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1972

_____

October 1, 2025

Appeal from the Circuit Court for Sarasota County; Donna Padar, Judge.

Blair Allen, Public Defender, and Megan Banfield, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Angela H. Fernandez, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and BLACK and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.